```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03213
   JANAE M GONZALEZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2092
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/23/07 and confirmed on 06/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 12/04/2008.

   3.  The Debtor paid a total of $   8990.71 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 5318.25 | .00 | 5318.25 |
| LAKEWOOD SPRINGS HOMEOWN | SECURED | 393.00 | .00 | 393.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1451.50 | .00 | 93.89 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS | UNSECURED | NOT FILED | .00 | .00 |
| OUTSOURCE RECEIVABLE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1436.62 | .00 | 92.92 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 572.93 | .00 | 37.06 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7825.94 | .00 | 506.19 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3276.66 | .00 | 211.94 |

         Summary of disbursements:
---

|   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5711.25 | .00 | 14563.65 | .00 | 20274.90 |
| PRINCIPAL PAID | 5711.25 | .00 | 942.00 | .00 | 6653.25 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5711.25 | .00 | 942.00 | .00 | 6653.25 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1101.00   direct and $   1899.00   through the plan.

The Trustee received $    438.46 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 02/18/09                         /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE